UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| JOHN ROBERT RICHEY, | ) | Civil Action No. 5:20-cv-03330-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**AND NOW**, this 9th day of April, 2021, upon consideration of the **Defendant's Unopposed Motion to Remand** and any response thereto, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

April 9, 2021  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge