UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JOHN ROBERT RICHEY, ) | Civil Action No. 5:20-cv-03330-KDW |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ANDREW SAUL, ) Commissioner of Social Security ) Administration, ) | |
| Defendant. ) | |

This matter is before the court on Plaintiff's Motion for Attorney Fees and Expenses under the Equal Access to Justice Act ("EAJA"), in which Plaintiff's counsel seeks an award of $953.25 in EAJA fees based on his 14.65 hours spent representing Plaintiff before the court. He also seeks $16.00 in expenses. ECF No. 20. In the Commissioner's Response he indicates he does not object to the requested amount of EAJA attorney fees and expenses sought, ECF No. 21. Plaintiff's Motion is *granted* in accordance with the terms of this order.

It is hereby ORDERED that Plaintiff, John Robert Richey, is awarded attorney fees in the amount of Nine Hundred, Fifty-Three Dollars and 25/100 Cents ($953.25) and expenses in the amount of Sixteen Dollars and 00/100 Cents ($16.00) under the EAJA. 28 U.S.C. § 2412 (d). The attorney fees and expenses will be paid directly to Plaintiff, John Robert Richey, and sent to the business address of Plaintiff's counsel, W. Daniel Mayes, Esquire. Full or partial remittance of the awarded attorney fees and expenses will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

July 9, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge